IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| ROGELIO GONZALEZ, on behalf of himself and all other plaintiffs similarly situated, known and unknown, <br><br> Plaintiff, <br><br> v. <br><br> VON BERGENS COUNTRY MARKET LLC, VON BERGEN ACRES, MELVIN VON BERGEN, INDIVIDUALLY, AND BOBETTE VON BERGEN, INDIVIDUALLY, <br><br> Defendants. | NO. 15 cv 7933 <br><br> Honorable Judge Reinhard <br><br> Magistrate Judge Johnston |

## ORDER

This matter coming to be heard on Plaintiff and Defendants' Joint Motion for Court Approval of Settlement and Dismiss with Prejudice, with due notice having been given and the Court being duly advised on the premises having reviewed the Joint Motion and corresponding Settlement Agreement and Release; IT IS HEREBY ORDERED:

1. The Court approves the Settlement Agreement and Release in finding it to be a fair and reasonable resolution of a bona fide dispute pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, and the Illinois Minimum Wage Law, 820 ILCS § 105/1 *et seq.*

2. The Court hereby dismisses this case in its entirety against Defendants, without prejudice, and after a period of sixty (60) days from the date of this Order, the dismissal shall automatically convert to a dismissal with prejudice.

3. The terms of the Settlement Agreement [34-1] will be incorporated in the judgment and the Court will retain jurisdiction over this case for the sole purpose of enforcing the terms of the Settlement Agreement and Release.

4. Plaintiff and Defendants shall bear their own costs and attorneys' fees with the exception for what is expressly provided in the Settlement Agreement and Release.

Entered:

*Philip G. Reinhard*
United States District Court Judge

Dated: 9/20/2016